UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 8:13-cr-434-T-30TBM

YUGOOL PERSAUD

## ORDER

THIS CAUSE comes before the Court on Defendant's Motions to Reduce Sentence pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to U.S.S.G. (Docs. 172 and 192).[1] Upon review and consideration, the Court concludes Defendant is ineligible for an Amendment 782 sentence reduction because the Court already granted a 2 level downward departure at sentencing based on the proposed amendment. (Doc. 180). As such, Defendant's Motions for an additional reduction is without merit.

Accordingly, it is ORDERED AND ADJUDGED that Defendant's Motions to Reduce Sentence pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to U.S.S.G. (Docs. 172 and 192) are DENIED.

**DONE** and **ORDERED** in Tampa, Florida, this 8th day of June, 2017.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

---

[1] Defendant filed two motions seeking an Amendment 782 sentence reduction.